**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**

IN RE:                *   Case No. 19-62544
                       *   Chapter 13
KEVIN L. SHEARER       *   Judge Russ Kendig
                       *
     Debtor           *
                       *   **NOTICE OF HEARING ON**
                       *   **TRUSTEE'S OBJECTION &**
                            **DEBTOR'S RESPONSE TO IRS**
                            **PROOF OF CLAIM #18 FILED BY**
                            **DEBTOR**

Debtor, by and through counsel has filed papers with the Court regarding the Trustee's Objection to Proof of Claim #18 (IRS) filed by Debtor.

If you do not want the Court to grant the Objection, or if you want the Court to consider your views on the Objection, then on or before June 24, 2020, you or your attorney must file with Court a written request for a hearing and written response setting forth the specific grounds for objection at:

Clerk of Courts
U.S. Bankruptcy Court
401 McKinley Avenue, SW
Canton, OH 44702

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it before the date above. The Court's mailing address is 401 McKinley Avenue, SW, Canton, OH 44702.

You must also mail a copy to:

- ❖ Deborah L. Mack, Attorney for Debtor
  53 Main Street, Lexington, OH 44904

- ❖ Dynele L Schinker-Kuharich, Trustee,
  40 West Tuscarawas Street, 4th Floor, Canton, OH 44702

- ❖ United State Trustee
  200 Public Square, #20-3300, Cleveland, OH 44114

Attend the hearing scheduled to be held on **July 1, 2020 at 2:00 p.m**. before Honorable Russ Kendig, United States Bankruptcy Court, 401 McKinley Ave, SW, Canton, OH 44707.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an Order granting the relief requested.

Date: June 3, 2020

Respectfully submitted,

/s/ Deborah L Mack #0067347
Attorney Deborah L Mack, JD/MBA
53 E Main St, Lexington, OH 44904
T:  419.884.4600
F:  800.410.3620 facsimile
E:  Debbie@OhioFinancial.Lawyer
Attorney for Debtor

## CERTIFICATE OF SERVICE

I certify that on June 3, 2020, a true and correct copy of the Response to Trustee's Objection and Notice were served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- **Dynele L Schinker-Kuharich**    DLSK@Chapter13Canton.com
- **United States Trustee**    (Registered address)@usdoj.gov
- **Edward A. Bailey**    bknotice@reimerlaw.com

And regular mail, postage prepaid US Mail to the following:

- **Ohio Department of Taxation**
  c/o Cory Steinmetz
  30 E Broad Street, 21st Floor
  Columbus, OH 43215

- **Internal Revenue Service**
  P.O. Box 7346
  Philadelphia, Pennsylvania 19101-7346

- **Internal Revenue Service**
  Insolvency Group 6
  1240 East Ninth Street, Room 493
  Cleveland, Ohio 44199

- **Attorney General of the United States**
  U.S. Department of Justice Tax Division
  Civil Trial Section, Northern Region
  P.O. Box 55, Ben Franklin Station
  Washington, D.C. 20044

- **Office of the United States Attorney**
  Attn: Bankruptcy Section
  Carl B. Stokes United States Court House
  801 West Superior Avenue, Suite 400
  Cleveland, Ohio 44113-1852

- **AmeriCredit/GM Financial**
  c/o Corporation Service Company
  50 West Broad Street, Suite #1330
  Columbus, OH 43215

- **GM Financial**
  c/o AmeriCredit Financial Services, Statutory Agent
  801 Cherry Street, Suite #3600
  Fort Worth, TX 76102

- Kevin Shearer
  1814 Sawmill Place
  Lexington, OH 44904

- All creditors contained in the attached mailing matrix.

/s/ Deborah L Mack #0067347
Attorney for Debtor

Label Matrix for local noticing
0647-6
Case 19-62544-rk
Northern District of Ohio
Canton
Wed Jan  8 20:14:22 EST 2020

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

United States Bankruptcy Court
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702-1745

(p)AMERICREDIT FINANCIAL SERVICES DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

AmeriCredit/GM Financial
Attn: Bankruptcy
Po Box 183853
Arlington, TX 76096-3853

American Express Trvl Srv
Attn: Bankruptcy
Po Box 981537
El Paso, TX 79998-1537

Amex
Po Box 297871
Fort Lauderdale, FL 33329-7871

(p)OHIO ATTORNEY GENERAL'S OFFICE
ATTN BANKRUPTCY UNIT COLLECTIONS ENFORCEMENT
150 E GAY ST
21ST FLOOR
COLUMBUS OH 43215-3191

Attorney General of the US
Main Justice Building
10th & Constitution Ave, NW
Washington, DC 20530-0001

Avita Health System
269 Portland Way S
Galion, OH 44833-2312

Barclays Bank Delaware
Attn: Correspondence
Po Box 8801
Wilmington, DE 19899-8801

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One /Cabellas
PO Box 30258
Salt Lake City, UT 84130-0258

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Citibank
Attn: Recovery/ Bankruptcy
Po Box 790034
St Louis, MO 63179-0034

Credit One Bank
Attn: Bankruptcy Dept
Po Box 98873
Las Vegas, NV 89193-8873

Debt Recovery Solutions of Ohio
Attn: Bankruptcy
PO Box 130
Mansfield, OH 44901

Directions Credit Union
200 N Saint Clair St
Toledo, OH 43604-1549

First Bankcard /Jeep
PO Box 2557
Omaha, NE 68103-2557

First National Bank
Attn: Bankruptcy
1620 Dodge St Mailstop 4440
Omaha, NE 68197-0002

First National Bank of Omaha
1620 Dodge Street, Stop Code 3129
Omaha, NE 68197-0002

Huntington National Bank
PO Box 2360
Omaha, NE 68103-2360

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Mercury/FBT
Attn: Bankruptcy
Po Box 84064
Columbus, GA 31908-4064

Ohio Dept of Taxation
4485 Northland Ridge Blvd
Columbus, OH 43229-6596

Phillips & Cohen Assoc Ltd
Mail Stop: 661
1002 Justison St
Wilmington, DE 19801-5148

Synchrony Bank/Amazon
Attn:  Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Walmart
Attn:  Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

World's Foremost Bank
Attn: Bankruptcy
4800 Nw 1st St
Lincoln, NE 68521-4463

Deborah L. Mack
53 E Main Street
Lexington, OH 44904-1224

Dynele L Schinker-Kuharich
Office of the Chapter 13 Trustee
200 Market Avenue North, Ste. LL30
Canton, OH 44702-1435

Kevin Lee Shearer
1814 Sawmill Place
Mansfield, OH 44904-1713

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AmeriCredit Financial Services, Inc.
dba GM Financial
P O Box 183853
Arlington, TX 76096

Attorney General of Ohio
Collection Enforcement Section
Attn Bankruptcy Staff
150 E Gay St, 21st Floor
Columbus, OH 43215

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)AmeriCredit Financial Services, Inc.

(d)Citibank
Attn: Recovery/Bankruptcy
Po Box 790034
St Louis, MO 63179-0034

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    31
Bypassed recipients     3
Total                  34