The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.



Russ Kendig
United States Bankruptcy Judge

Dated: 07:51 AM August 15, 2022

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 Proceedings |
| | : | |
| Kevin Lee Shearer, | : | Case No. 19-62544 |
| | : | |
| Debtor. | : | Judge Russ Kendig |

### JOINT STIPULATION AND AGREED ENTRY MODIFYING 5.1 OF THE CONFIRMED PLAN TO REQUIRE A DIVIDEND OF ONE HUNDRED PERCENT (100%) IN ORDER TO EARN A DISCHARGE

Now comes Chapter 13 Trustee, Dynele L. Schinker-Kuharich, and Debtor(s), Kevin Lee Shearer, by and through the undersigned counsel, and jointly stipulate and agree to the following:

1. This case was filed under Chapter 13 of the United States Bankruptcy Code on December 20, 2019.

2. The Plan was confirmed on June 12, 2020.

3. The Plan is feasible and is currently paying the allowed nonpriority unsecured claims that are not separately classified a dividend of one hundred percent (100%).

4. Upon review of the 2021 federal income tax return, the gross annual income for Debtor(s) has increased from approximately $100,548.24 at the time of plan confirmation to approximately $112,971.00. This is an annual increase of approximately $12,422.76.

5. 11 U.S.C. §1322(a) requires submission of all or such portion of future earnings or other future income of the debtor to the supervision and control of the trustee as is necessary for the execution of the plan.

6. Because the Plan is currently paying a one hundred percent (100%) dividend to the allowed nonpriority unsecured claims that are not separately classified, and because Debtor(s) do(es) not desire to increase the Chapter 13 plan payment by the amount of the additional disposable income, the parties jointly stipulate and agree that 5.1 of the Chapter 13 Plan is hereby modified to require allowed nonpriority unsecured claims that are not separately classified to receive a one hundred percent (100%) dividend in order for Debtor(s) to receive a discharge in this Chapter 13 case.

WHEREFORE, the above Stipulation and Agreement is well taken. **In order for Debtor(s) Kevin Lee Shearer to earn a discharge in this case, all timely filed, undisputed, non-priority, general unsecured creditors must receive a one hundred percent (100%) dividend. IT IS SO ORDERED.**

###

**Submitted By:**

/s/ A. Michelle Jackson Limas
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
A. Michelle Jackson Limas (0074750)
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Facsimile: 330.754.6133
Email: DLSK@Chapter13Canton.com


**Approved By:**

/s/ Deborah L. Mack
Deborah L. Mack (0067347)
Counsel for Kevin Lee Shearer
53 East Main Street
Lexington, OH 44904
Telephone: 419.884.4600
Facsimile: 419.571.8911
Email: Debbie@ohiofinancial.lawyer


**NOTICES TO:**

Office of the United States Trustee, via the Court's Electronic Case Filing System at [RegisteredEmailAddress]@usdoj.gov

Office of the Chapter 13 Trustee, via the Court's Electronic Case Filing System at DLSK@Chapter13Canton.com

Deborah L. Mack, Counsel for Kevin Lee Shearer, via the Court's Electronic Case Filing System at Debbie@ohiofinancial.lawyer

All Creditors on the Attached Matrix, via regular mail

Kevin Lee Shearer, Debtor, via regular mail at:
339 Hampton Road
Lexington, OH 44904

```
Label Matrix for local noticing              Americredit Financial Services, Inc. dba GM    PRA Receivables Management, LLC
0647-6                                       PO Box 183853                                  PO Box 41021
Case 19-62544-rk                             Arlington, TX 76096-3853                       Norfolk, VA 23541-1021
Northern District of Ohio
Canton
Fri Aug 12 13:24:03 EDT 2022

United States Bankruptcy Court               (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN  AmeriCredit/GM Financial
Ralph Regula U.S. Courthouse                 PO BOX 183853                                  Attn: Bankruptcy
401 McKinley Avenue SW                       ARLINGTON TX 76096-3853                        Po Box 183853
Canton, OH 44702-1745                                                                       Arlington, TX 76096-3853


American Express National Bank               American Express Trvl Srv                      Amex
c/o Becket and Lee LLP                       Attn: Bankruptcy                               Po Box 297871
PO Box 3001                                  Po Box 981537                                  Fort Lauderdale, FL 33329-7871
Malvern  PA 19355-0701                       El Paso, TX 79998-1537


(p)OHIO ATTORNEY GENERAL'S OFFICE            Attorney General of the US                     Avita Health System
ATTN ATTN BANKRUPTCY UNIT COLLECTIONS ENFORCEMENT  Main Justice Building                    269 Portland Way S
30 E BROAD ST                                10th & Constitution Ave, NW                    Galion, OH 44833-2312
14TH FLOOR                                   Washington, DC 20530-0001
COLUMBUS OH 43215-3414


Barclays Bank Delaware                       Capital One                                    Capital One /Cabellas
Attn: Correspondence                         Attn: Bankruptcy                               PO Box 30258
Po Box 8801                                  Po Box 30285                                   Salt Lake City, UT 84130-0258
Wilmington, DE 19899-8801                    Salt Lake City, UT 84130-0285


Capital One Bank (USA), N.A.                 Citibank                                       Credit One Bank
by American InfoSource as agent              Attn: Recovery/ Bankruptcy                     Attn: Bankruptcy Dept
PO Box 71083                                 Po Box 790034                                  Po Box 98873
Charlotte, NC  28272-1083                    St Louis, MO 63179-0034                        Las Vegas, NV 89193-8873


Debt Recovery Solutions of Ohio              Debt Recovery Solutions of Ohio, Inc.          Directions Credit Union
Attn: Bankruptcy                             P.O. Box 1307                                  200 N Saint Clair St
PO Box 130                                   Mansfield, Oh 44901-1307                       Toledo, OH 43604-1549
Mansfield, OH 44901


First Bankcard /Jeep                         (p)FIRST NATIONAL BANK OF OMAHA                Huntington National Bank
PO Box 2557                                  1620 DODGE ST                                  PO Box 2360
Omaha, NE 68103-2557                         STOP CODE 3113                                 Omaha, NE 68103-2360
                                             OMAHA NE 68102-1593


Internal Revenue Service                     (p)JEFFERSON CAPITAL SYSTEMS LLC               LVNV Funding, LLC
PO Box 7346                                  PO BOX 7999                                    Resurgent Capital Services
Philadelphia, PA 19101-7346                  SAINT CLOUD MN 56302-7999                      PO Box 10587
                                                                                            Greenville, SC 29603-0587


Mercury/FBT                                  Ohio Dept of Taxation                          Phillips & Cohen Assoc Ltd
Attn: Bankruptcy                             4485 Northland Ridge Blvd                      Mail Stop: 661
Po Box 84064                                 Columbus, OH 43229-6596                        1002 Justison St
Columbus, GA 31908-4064                                                                     Wilmington, DE 19801-5148
```

| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
|---|---|---|
| Synchrony Bank/Walmart<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | World's Foremost Bank<br>Attn: Bankruptcy<br>4800 Nw 1st St<br>Lincoln, NE 68521-4463 | Deborah L. Mack<br>53 E Main Street<br>Lexington, OH 44904-1224 |
| Dynele L Schinker-Kuharich<br>Office of the Chapter 13 Trustee<br>200 Market Avenue North, Ste. LL30<br>Canton, OH 44702-1435 | Kevin Lee Shearer<br>339 Hampton Rd<br>Lexington, OH 44904-1072 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | Attorney General of Ohio<br>Collection Enforcement Section<br>Attn Bankruptcy Staff<br>150 E Gay St, 21st Floor<br>Columbus, OH 43215 | First National Bank<br>Attn: Bankruptcy<br>1620 Dodge St Mailstop 4440<br>Omaha, NE 68197 |
|---|---|---|
| (d)First National Bank of Omaha<br>1620 Dodge Street, Stop Code 3129<br>Omaha, NE 68197 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)AmeriCredit Financial Services, Inc. | (d)Citibank<br>Attn: Recovery/Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
|---|---|---|

End of Label Matrix
Mailable recipients    37
Bypassed recipients     3
Total                  40