TERRITORY MANAGER COMPLIANCE, AREA 7
SMALL BUSINESS/SELF EMPLOYED

**Clerk of Bankruptcy Court**
**Attn: Case Administrator**
**U.S. Bankruptcy Court – Eastern District**
**201 Superior Avenue**
**Cleveland, OH  44114**

**Person to Contact:**
Nathaniel Manella
Insolvency Specialist
**Phone Number:**
216-415-3510
**Badge Number:**

**Date:**
**12/01/23**

**In the matter of:**

**Chapter: 13**
**Docket Number:**

Previously, the Internal Revenue Service filed claim number 19-1, on **10/24/2023** in the amount of **1460.95** .  The claim is

_____ Satisfied          X  Withdrawn

**   You may discontinue further consideration of this claim. This notice of withdrawal of the above claim number which supersedes all other claims filed from the Internal Revenue Service are considered as withdrawn.**

If you have any questions, please contact the Bankruptcy Specialist above.  Thank you for your cooperation.

Sincerely,

Nathaniel Manella
Insolvency Specialist

**cc:**  DEBORAH L. MACK