## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | : | Chapter 13 Proceeding |
| Kevin Lee Shearer | : | Case No. 19-62544 |
| Debtor. | : | Judge John P. Gustafson |

### DEBTOR'S MOTION TO DISMISS

Now comes Debtor Kevin Shearer and moves this Honorable Court for an Order terminating the confirmed plan and dismissing the above captioned Chapter 13 Proceeding pursuant to 11 U.S.C. § 1307(b). The case was commenced by the filing of a voluntary petition under chapter 13 and has not been converted under 11 U.S.C. § 706, 1112, or 1208.

Respectfully Submitted,

/s/Kevin Shearer
Kevin Lee Shearer, Debtor

/s/Jonathon C. Elgin
Jonathon C. Elgin (0096390)
JC Elgin Co., LPA
6 Water St.
Shelby, OH 44875
567-275-1040
JC@JCElgin.com
Counsel for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | : | Chapter 13 Proceeding |
| Kevin Lee Shearer | : | Case No. 19-62544 |
| Debtor. | : | Judge John P. Gustafson |

## NOTICE OF DEBTOR'S MOTION TO DISMISS

**KEVIN LEE SHEARER** has filed papers with the court to dismiss the above captioned case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to allow dismissal, or if you want the court to consider your views on the application, then on or before **May 9, 2024**, you or your attorney must:

File with the court a written request for a hearing at:

> Clerk of Court
> United States Bankruptcy Court
> Ralph Regula Federal Building
> 401 McKinley Ave S.W.
> Canton, OH 44702

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

> Jonathon C. Elgin
> 6 Water St.
> Shelby, Ohio 44875

> Dynele L Schinker-Kuharich
> Office of the Chapter 13 Trustee
> 200 Market Avenue North, Ste. LL30
> Canton, OH 44702

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: 4/17/2024

/s/Jonathon C. Elgin
Jonathon C. Elgin
JC Elgin Co., LPA
6 Water St.
Shelby, OH 44875
567-275-1040
JC@JCElgin.com
*Attorney for Debtor*

# CERTIFICATE OF SERVICE

I certify that on April 17, 2024, a true and correct copy of the foregoing Motion and Notice, was served via the Court's Electronic Case Filing System upon these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Office of the United States Trustee at [RegisteredEmailAddress]@usdoj.gov
- Dynele L. Schinker-Kuharich, Standing Ch. 13 Trustee at DLSK@Chapter13Canton.com via the court's Electronic Case Filing System
- Cynthia A. Jeffrey, Keith D. Weiner & Associates Co LPA for Credit Acceptance at bankruptcy@weinerlaw.com

and by regular U.S. Mail, postage prepaid, upon:

Kevin Lee Shearer
339 Hampton Rd
Lexington, OH 44904

ECF CREDITOR MATRIX ATTACHED

/s/Jonathon C. Elgin
Jonathon C. Elgin (0096390)
*Attorney for Debtor*

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
CASE INFO                                    EXCLUDE
  LABEL MATRIX FOR LOCAL NOTICING            (U)AMERICREDIT FINANCIAL SERVICES  INC   AMERICREDIT FINANCIAL SERVICES  INC DE
NCRS ADDRESS DOWNLOAD                                                                 GM
CASE 19-62544                                                                         PO BOX 183853
NORTHERN DISTRICT OF OHIO                                                             ARLINGTON  TX 76096-3853
WED APR 17 11-27-5 PST 2024


                                                                                      EXCLUDE
INTERNAL REVENUE SERVICE                     SYNCHRONY BANK BY AIS INFOSOURCE  LP AS  UNITED STATES BANKRUPTCY COURT
1240 EAST NINTH STREET RM 493                AGEN                                     RALPH REGULA US COURTHOUSE
CLEVELAND  OH 44199-9941                     4515 N SANTA FE AVE                      401 MCKINLEY AVENUE SW
                                             OKLAHOMA CITY  OK 73118-7901             CANTON  OH 44702-1745




(P)AMERICREDIT FINANCIAL SERVICS DBA GM      AMERICREDITGM FINANCIAL                  AMERICAN EXPRESS NATIONAL BANK
FINANCIAL                                    ATTN BANKRUPTCY                          CO BECKET AND LEE LLP
PO BOX 183853                                PO BOX 183853                            PO BOX 3001
ARLINGTON TX 76096-3853                      ARLINGTON  TX 76096-3853                 MALVERN  PA 19355-0701




AMERICAN EXPRESS TRVL SRV                    AMEX                                     (P)OHIO ATTORNEY GENERAL
ATTN BANKRUPTCY                              PO BOX 297871                            COLLECTIONS ENFORCEMENT ATTN BANKRUPTC
PO BOX 981537                                FORT LAUDERDALE  FL 33329-7871           MANAGER
EL PASO  TX 79998-1537                                                                30 E BROAD ST
                                                                                      14TH FLOOR
                                                                                      COLUMBUS OH 43215-3414



ATTORNEY GENERAL OF THE US                   AVITA HEALTH SYSTEM                      BARCLAYS BANK DELAWARE
MAIN JUSTICE BUILDING                        269 PORTLAND WAY S                       ATTN CORRESPONDENCE
10TH  CONSTITUTION AVE  NW                   GALION  OH 44833-2312                    PO BOX 8801
WASHINGTON  DC 20530-0001                                                             WILMINGTON  DE 19899-8801




CAPITAL ONE                                  CAPITAL ONE CABELLAS                     CAPITAL ONE BANK (USA)  NA
ATTN BANKRUPTCY                              PO BOX 30258                             BY AMERICAN INFOSOURCE AS AGENT
PO BOX 30285                                 SALT LAKE CITY  UT 84130-0258            PO BOX 71083
SALT LAKE CITY  UT 84130-0285                                                         CHARLOTTE  NC  28272-1083



                                             EXCLUDE
CITIBANK                                     (D)CITIBANK                              CREDIT ONE BANK
ATTN RECOVERY BANKRUPTCY                     ATTN RECOVERYBANKRUPTCY                  ATTN BANKRUPTCY DEPT
PO BOX 790034                                PO BOX 790034                            PO BOX 98873
ST LOUIS  MO 63179-0034                      ST LOUIS  MO 63179-0034                  LAS VEGAS  NV 89193-8873




DEBT RECOVERY SOLUTIONS OF OHIO              DEBT RECOVERY SOLUTIONS OF OHIO  INC     DIRECTIONS CREDIT UNION
ATTN BANKRUPTCY                              PO BOX 1307                              200 N SAINT CLAIR ST
PO BOX 130                                   MANSFIELD  OH 44901-1307                 TOLEDO  OH 43604-1524
MANSFIELD  OH 44901




                                                                                      EXCLUDE
FIRST BANKCARD JEEP                          (P)FIRST NATIONAL BANK OF OMAHA          (D)(P)FIRST NATIONAL BANK OF OMAHA
PO BOX 2557                                  1620 DODGE ST                            1620 DODGE ST
OMAHA  NE 68103-2557                         STOP CODE 3113                           STOP CODE 3113
                                             OMAHA NE 68102-1593                     OMAHA NE 68102-1593
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| HUNTINGTON NATIONAL BANK<br>PO BOX 2360<br>OMAHA   NE 68103-2360 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE   SC 29603-0587 | MERCURYFBT<br>ATTN BANKRUPTCY<br>PO BOX 84064<br>COLUMBUS  GA 31908-4064 | OHIO DEPT OF TAXATION<br>4485 NORTHLAND RIDGE BLVD<br>COLUMBUS  OH 43229-6596 |
| PRA RECEIVABLES MANAGEMENT  LLC<br>PO BOX 41021<br>NORFOLK  VA 23541-1021 | PHILLIPS  COHEN ASSOC LTD<br>MAIL STOP 661<br>1002 JUSTISON ST<br>WILMINGTON  DE 19801-5148 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT  LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | ~~EXCLUDE~~<br>~~(D)SYNCHRONY BANK BY AIS INFOSOURCE  LP~~<br>~~AS AGEN~~<br>~~4515 N SANTA FE AVE~~<br>~~OKLAHOMA CITY  OK 73118-7901~~ | SYNCHRONY BANKAMAZON<br>ATTN  BANKRUPTCY<br>PO BOX 965060<br>ORLANDO  FL 32896-5060 |
| SYNCHRONY BANKWALMART<br>ATTN  BANKRUPTCY<br>PO BOX 965060<br>ORLANDO  FL 32896-5060 | WORLDS FOREMOST BANK<br>ATTN BANKRUPTCY<br>4800 NW 1ST ST<br>LINCOLN  NE 68521-4463 | DYNELE L SCHINKERKUHARICH<br>OFFICE OF THE CHAPTER 13 TRUSTEE<br>200 MARKET AVENUE NORTH  STE LL30<br>CANTON  OH 44702-1434 |
| JONATHON CARL ELGIN<br>JC ELGIN CO  LPA<br>6 WATER ST<br>SHELBY  OH 44875-1223 | DEBTOR<br>KEVIN LEE SHEARER<br>339 HAMPTON RD<br>LEXINGTON  OH 44904-1072 | |